| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | Chapter 12 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy　4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | LJB FARMS, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-1676226 |
| 4. | Debtor's address | **Principal place of business**<br><br>13610 Avenue 21 1/2<br>Chowchilla, CA 93610<br>Number, Street, City, State & ZIP Code<br><br>Madera<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor    **LJB FARMS, LLC**            Case number (*if known*) _____
        Name

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ■ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

---

Debtor  **LJB FARMS, LLC**　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property?　**13610 Avenue 21 1/2**
　　　　　　　　　　　　**Chowchilla, CA, 93610-0000**
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☒ Yes. Insurance agency　**Grange Insurance Association**
　　　　Contact name　**Pacific Ag Insurance**
　　　　Phone　**559-665-3434**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  LJB FARMS, LLC

Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on  August 1, 2017
                MM / DD / YYYY

X /s/ Joanna Botelho                                 Joanna Botelho
Signature of authorized representative of debtor      Printed name

Title  Managing Member

**ORIGINAL**

18. Signature of attorney

X /s/ Jacob L. Eaton                                 Date August 1, 2017
Signature of attorney for debtor                          MM / DD / YYYY

Jacob L. Eaton
Printed name

Klein, DeNatale, Goldner LLP.
Firm name

4550 California Ave., 2nd floor
Bakersfield, CA 93309
Number Street, City, State & ZIP Code

Contact phone  (661) 395-1000       Email address  jeaton@kleinlaw.com

244834
Bar number and State

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy

# United States Bankruptcy Court
## Eastern District of California

In re: **LJB FARMS, LLC**
Debtor(s)

Case No.
Chapter **12**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Joanna Botelho, declare under penalty of perjury that I am the Managing Member of LJB FARMS, LLC ("Company"), and that the following is a true and correct copy of the resolutions adopted by the sole Member and Manager of said Company at a special meeting duly called and held on the 1st day of August, 2017.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joanna Botelho, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 12 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Joanna Botelho, Managing Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Joanna Botelho, Managing Member of this Company is authorized and directed to employ Jacob L. Eaton 244834, attorney and the law firm of Klein, DeNatale, Goldner LLP. to represent the Company in such bankruptcy case."

Date: August 1, 2017

Signed: /s/ Joanna Botelho
Joanna Botelho

Resolution of Member and Manager
of
LJB FARMS, LLC

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 12 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joanna Botelho, Managing Member of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 12 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Joanna Botelho, Managing Member of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joanna Botelho, Managing Member of this Company is authorized and directed to employ Jacob L. Eaton 244834, attorney and the law firm of Klein, DeNatale, Goldner LLP. to represent the Company in such bankruptcy case.

Date  August 1, 2017　　　　　　　Signed _____

Date  _____　　Signed _____