**Fill in this information to identify the case:**

Debtor name   **LJB FARMS, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  **17-12998**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  *Amended Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 31, 2017          X /s/ Joanna Botelho
                                        Signature of individual signing on behalf of debtor

                                        **Joanna Botelho**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

ORIGINAL

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **LJB FARMS, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **17-12998** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**    **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $    **3,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................. $    **324,464.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................... $    **3,324,464.00**

---

**Part 2:**    **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $    **2,318,247.37**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $    **6,415.71**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    **409,862.32**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b         $    **2,734,525.40**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>LJB FARMS, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td>17-12998</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor        Current value of debtor's interest

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   Accounts receivable

11a. 90 days old or less:    Unknown    -    0.00   = ....      Unknown
                  face amount           doubtful or uncollectible accounts

12.   Total of Part 3.
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $0.00

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **LJB FARMS, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     **17-12998**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less: _____ - _____ = .... **Unknown**
                              face amount          doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                              **$0.00**
         Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:      Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **LJB FARMS, LLC**
    Name                                    Case number *(If known)*  **17-12998**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** **Almond Crop to be harvested August 2017 including:** | | | |
| | **Farm One:  18.25 acres of Butte and 18.25 acres of Padre ( 9th year)  Value: $136,500** | $0.00 | | $136,500.00 |
| | **Almond Crop to be harvested August 2017 including:** | | | |
| | **Farm Three:** **11 acres of Butte and 11 acres of Padre  (10th year)  Value:  $64,350.00** **5 acres of Butte and 5 acres of Padre (2nd year)    Value: Nil** **5 acres Nonpereil and 5 acres of Carmel (28th year)  Value:  $20,500.00** | $0.00 | | $84,850.00 |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **2015 PJ Goose Neck Trailer VIN 4P5LY3629F1220908** | $0.00 | | $10,000.00 |
| | **2001 JCB 214S Backhoe** | $0.00 | | $25,000.00 |
| | **Schmiezer Land Leveler** | $0.00 | | $5,000.00 |
| | **Irrigation System with steel pipe for 40 acres 40 HP US Electrical Motors Well Pump ID#7-BF48A-M** | $0.00 | | $45,000.00 |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. | **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $306,350.00 |
| 34. | **Is the debtor a member of an agricultural cooperative?** ☐ No ☑ Yes.  Is any of the debtor's property stored at the cooperative? | | | |

Debtor　**LJB FARMS, LLC**　　　　　　　　　　　Case number *(if known)*　**17-12998**
　　　　　Name

☑ No
☐ Yes

35.　**Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
　　☑ No
　　☐ Yes. Book value _____　Valuation method _____　Current Value _____

36.　**Is a depreciation schedule available for any of the property listed in Part 6?**
　　☑ No
　　☐ Yes

37.　**Has any of the property listed in Part 6 been appraised by a professional within the last year?**
　　☑ No
　　☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

　☑ No.  Go to Part 8.
　☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. Does the debtor own or lease any machinery, equipment, or vehicles?

　☐ No.  Go to Part 9.
　☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.　Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.　**2014 Ford Fusion automobile** | **$0.00** | | **$11,218.00** |
| 47.2.　**1996 Ford automobile VIN 1FMCU24X3TUC81529 (Salvage Title)** | **$0.00** | | **$1,896.00** |
| **48.　Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.　Aircraft and accessories** | | | |
| **50.　Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Frank Russell, Inc. 50 Blower S/N 658-14** | **$0.00** | | **$5,000.00** |

51.　**Total of Part 8.**
　　Add lines 47 through 50.  Copy the total to line 87.

| **$18,114.00** |
| --- |

52.　**Is a depreciation schedule available for any of the property listed in Part 8?**
　　☑ No
　　☐ Yes

53.　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Official Form 206A/B　　　　　Schedule A/B Assets - Real and Personal Property　　　　　page 3

| Debtor | **LJB FARMS, LLC** | Case number *(if known)* **17-12998** |
|---|---|---|
| | Name | |

■ No
□ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

□ No. Go to Part 10.
■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **"FARM ONE"**<br>**39.24 Acres Real Property located at 13610 Avenue 21 1/2, Chowchilla, CA (APN 024-120-007) Legally described on the attached Exhibit "A"**<br><br>**The above real property is improved by one homes and 36.5 acres of almond trees.** | Fee simple | $0.00 | | $1,500,000.00 |
| 55.2.  **"FARM 3"**<br>**34.23 Acres Real Property located at 4035 S. Clausen Road, Merced, CA (APN 068-030-053) and 10.80 Acres Real Property located at 4261 S. Clausen Road, Merced, CA (APN 068-030-054) Legally described on the attached Exhibit "B"**<br><br>**The above real property is improved by two homes and 42 acres of almond trees.** | Fee simple | $0.00 | | $1,500,000.00 |

**56.    Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

| **$3,000,000.00** |
|---|

| Debtor | **LJB FARMS, LLC** | Case number *(if known)* **17-12998** |
|--------|--------------------|---------------------------------------|
|        | Name               |                                       |

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ■ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☐ No
   - ■ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Claims against The Almond Company** | | **Unknown** |
|---|---|---|
| Nature of claim | **Breach of Contract** | |
| Amount requested | $0.00 | |

| **Claims against America AgCredit, PCA** | | **Unknown** |
|---|---|---|
| Nature of claim | **Breach of Contract and Lender Liability** | |
| Amount requested | $0.00 | |

| **Claims against Jerry Blosser, former owner of Farm 3, for failure to disclose that two wells on the real proerpty were inoperable.** | | **Unknown** |
|---|---|---|
| Nature of claim | | |
| Amount requested | $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

| Debtor | **LJB FARMS, LLC** | Case number *(If known)* **17-12998** |
|--------|--------------------|----------------------------------------|
|        | Name               |                                        |

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                    **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **LJB FARMS, LLC**                              Case number *(If known)*  **17-12998**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $306,350.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,114.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................................> | | $3,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $324,464.00 | + 91b. $3,000,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                    $3,324,464.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Exhibit "A"**

**Legal Description**

A.P.N.: 024-120-007

Real property in the City of Chowchilla, County of Madera, State of California, described as follows:

LOT 10 IN BLOCK 23 OF CENTRAL TRACT ACCORDING TO MAP ENTITLED, "CENTRAL TRACT" BEING A PORTION OF SUBDIVISION NO. 1 OF THE CHOWCHILLA RANCH, FILED AND RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MADERA, STATE OF CALIFORNIA, OCTOBER 10, 1912 IN BOOK 3 OF MAPS, AT PAGE 13.

File Number:     1015-5043351

## Exhibit B

### Legal Description

Real property in the City of Le Grand, County of Merced, State of California, described as follows:

PARCEL 1:

ALL THAT PORTION OF THE EAST HALF OF LOT 4, AS SHOWN ON THE MAP ENTITLED "LE GRAND COLONY NO. 1", FILED MAY 5, 1914, IN THE OFFICE OF THE COUNTY RECORDER OF MERCED COUNTY, IN VOL. 7 OF OFFICIAL PLATS, AT PAGE 11, DESCRIBED AS FOLLOWS:, TO-WIT:

BEGINNING AT A POINT ON THE EAST LINE OF SAID LOT 4, DISTANT THEREON, NORTH 0° 26' EAST, 936.77 FEET FROM THE SOUTHEAST CORNER OF SAID LOT 4; THENCE NORTH 89° 22' WEST, 1247.95 FEET; THENCE NORTH 0° 26' EAST, 383.23 FEET TO THE NORTH LINE OF SAID LOT 4; THENCE SOUTH 89° 32' EAST, 1247.95 FEET TO THE NORTHEAST CORNER OF SAID LOT 4; THENCE SOUTH 0° 26' WEST, 383.23 FEET TO THE POINT OF BEGINNING, (BEING ALL OF THE EAST HALF OF SAID LOT 4, EXCEPT THE 29.12 ACRE PARCEL OF LAND CONVEYED BY GENE CASTILE AND FAY D. CASTILE, TO EVA L. MILLER, BY DEED RECORDED FEBRUARY 8, 1950, IN VOL. 977 OF OFFICIAL RECORDS, AT PAGE 411).

APN: 068-030-054-000

PARCEL 2:

THE EAST 34.78 ACRES OF LOT 1, AS SHOWN ON THE MAP ENTITLED, "MAP OF LE GRAND COLONY NO. 1", FILED MAY 5, 1914, IN THE OFFICE OF THE COUNTY RECORDER OF MERCED COUNTY, IN VOL. 7 OF OFFICIAL PLATS AT PAGE 11.

A.P.N.: 068-030-053-000

**Fill in this information to identify the case:**

Debtor name    **LJB FARMS, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **17-12998**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **America AgCredit PCA** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **SEE ATTACHED EXHIBIT "C"** | $298,832.00 | $3,183,350.00 |
|---|---|---|---|---|

**711 West 19th Street**
**Merced, CA 95340**
Creditor's mailing address

Describe the lien
**Deed of Trust and UCC Lien**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/19/2013**
Last 4 digits of account number
**7849**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Community West Bank** <br> Creditor's Name <br> **2615 So. Miller Street, Ste. 110** <br> **Santa Maria, CA 93455** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **SEE ATTACHED EXHIBIT "C"** | $412,405.00 | $3,183,350.00 |
|---|---|---|---|---|

Describe the lien
**Deed of Trust and UCC Lien**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**0158**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **LJB FARMS, LLC** | Case number (if know) | **17-12998** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Community West Bank** | Describe debtor's property that is subject to a lien | **$1,091,033.00** | **$3,183,350.00** |
|---|---|---|---|---|

Creditor's Name

**2615 So. Miller Street, Ste. 110**
**Santa Maria, CA 93455**
Creditor's mailing address

**SEE ATTACHED EXHIBIT '"C"**

Describe the lien
**Deed of Trust and UCC Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/7/2016**
Last 4 digits of account number
**0151**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Community West Bank, N.A.** | Describe debtor's property that is subject to a lien | **$401,703.00** | **$3,183,350.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 249**
**Goleta, CA 93116-0249**
Creditor's mailing address

**SEE ATTACHED EXHIBIT "C"**

Describe the lien
**Deed of Trust and UCC Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/30/2015**
Last 4 digits of account number
**0157**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Deere & Company** | Describe debtor's property that is subject to a lien | **$3,632.12** | **$5,000.00** |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th St**
**Johnston, IA 50131-6330**
Creditor's mailing address

**Frank Russell, Inc. 50 Blower S/N 658-14**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No

---

| Debtor | LJB FARMS, LLC | Case number (if know) | 17-12998 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/24/2013**
**Last 4 digits of account number**
**9151**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Exchange Bank | | | $10,511.48 | $25,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**PO Box 760**
**Santa Rosa, CA 95402**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2001 JCB 214S Backhoe**

**Describe the lien**
**UCC & PURCHASE MONEY SECURITY INTEREST**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2016**
**Last 4 digits of account number**
**1816**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Exchange Bank | | | $44,685.26 | $45,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**PO Box 760**
**Santa Rosa, CA 95402**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Irrigation System with steel pipe for 40 acres**
**40 HP US Electrical Motors Well Pump**
**ID#7-BF48A-M**

**Describe the lien**
**UCC & PURCHASE MONEY SECURITY INTEREST**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2014**
**Last 4 digits of account number**
**4864**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **LJB FARMS, LLC** | Case number (if know) | **17-12998** |
|---|---|---|---|
| | Name | | |

| 2.8 | **Madera County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 1228**
**Madera, CA 93639**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**"FARM ONE" 39.24 Acres Real Property located at 13610 Avenue 21 1/2, Chowchilla, CA (APN 024-120-007)**

$7,667.36          $1,500,000.00

**Describe the lien**
**County Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2015 - 2016**
Last 4 digits of account number
**7000**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Merced County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**2222 M Street**
**Merced, CA 95340**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**10.80 Acres Real Property located at 4261 S. Clausen Road, Merced, CA (APN 068-030-054)**

$4,397.46          $0.00

**Describe the lien**
**County Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2015 - 2016**
Last 4 digits of account number
**9000**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Merced County Tax Collector** | | |
|---|---|---|---|

Creditor's Name

**2222 M Street**
**Merced, CA 95340**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**34.23 Acres Real Property located at 4035 S. Clausen Road, Merced, CA (APN 068-030-053)**

$13,185.00          $1,500,000.00

**Describe the lien**
**County Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**205 - 2016**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 4 of 6 |
|---|---|---|

| Debtor | **LJB FARMS, LLC** | | Case number (if know) | **17-12998** |
|---|---|---|---|---|

Name

**Last 4 digits of account number**
**8000**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
1**

| **Sheffield Financial** | Describe debtor's property that is subject to a lien | **$11,263.09** | **$10,000.00** |
|---|---|---|---|
| Creditor's Name | **2015 PJ Goose Neck Trailer VIN** | | |
| **P.O. Box 580229** | **4P5LY3629F1220908** | | |
| **Charlotte, NC 28258** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Vehicle Lien** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **0967** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1
2**

| **US Bank** | Describe debtor's property that is subject to a lien | **$18,932.60** | **$11,218.00** |
|---|---|---|---|
| Creditor's Name | **2014 Ford Fusion automobile** | | |
| **Manifest Funding Services** | | | |
| **P.O. Box 790448** | | | |
| **Saint Louis, MO 63179** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Vehicle Lien** | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| Date debt was incurred | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| **3411** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$2,318,247.37**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

| Debtor | **LJB FARMS, LLC** | Case number (if know) | **17-12998** |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American AgCredit**<br>**711 W. 19th Street**<br>**Merced, CA 95340** | Line **2.1** | |
| **Community West Bank, N.A.**<br>**Attn: Edward Prinz**<br>**445 Pine Avenue**<br>**Goleta, CA 93117** | Line **2.2** | |
| **John Deere Financial**<br>**PO Box 4450**<br>**Carol Stream, IL 60197-4450** | Line **2.5** | |
| **Mortgage Lender Services Inc.**<br>**11707 Fair Oaks Blvd, Ste 202**<br>**Fair Oaks, CA 95628** | Line **2.4** | |
| **Mortgage Lender Services Inc.**<br>**11707 Fair Oaks Blvd, Ste 202**<br>**Fair Oaks, CA 95628** | Line **2.2** | |
| **Mortgage Lender Services Inc.**<br>**11707 Fair Oaks Blvd, Ste 202**<br>**Fair Oaks, CA 95628** | Line **2.3** | |
| **United States Dept. of Agriculture**<br>**1400 Independence Ave, S.W.**<br>**Washington, DC 20250** | Line **2.3** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT C

LJB FARMS, LLC.

CREDITORS SECURED BY DEEDS OF TRUST AND BLANKET SECURITY INTERESTS

| Creditor | Loan Number | Claim Amount | Lien Priorty and Collateral |
|---|---|---|---|
| America AgCredit PCA | Loan No. XX7849 | $ 298,832 | First Priority UCC-1 Blanket Lien filed 8/19/2013<br>Second Trust Deed on Farm One recorded 4/10/2017<br>Third Trust Deed on Farm Three recorded 3/7/2017 |
| Community West Bank Loan | Loan No. XX0151 | $ 1,091,033 | First Trust Deed and Assignment of Rents on Farm One recorded 12/29/2015<br>Second Priority UCC-1 Blanket Lien filed 12/31/2015 |
| Community West Bank | Loan No. XX0157 | $ 401,703 | First Trust Deed and Assignment of Rents on Farm Three recorded 1/5/2016<br>Third Priority UCC-1 Blanket Lien filed on 1/7/2016 |
| Community West Bank | Loan No. XX0158 | $ 412,405 | Second Trust Deed on Farm Three recorded on 1/5/2016<br>Third Priority UCC-1 Blanket Lien filed on 1/7/2016 |

Fill in this information to identify the case:

Debtor name **LJB FARMS, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  **17-12998**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,415.71** | **$6,415.71** |
|---|---|---|---|---|
| | **Franchise Tax Board** | *Check all that apply.* | | |
| | **Special Procedures Section** | ☐ Contingent | | |
| | **P.O. Box 2952** | ☐ Unliquidated | | |
| | **Sacramento, CA 95812-2952** | ☐ Disputed | | |
| | Date or dates debt was incurred **2013 - 2017** | Basis for the claim: **Taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **P.O. Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE PURPOSE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | LJB FARMS, LLC | Case number (if known) | 17-12998 |
|---|---|---|---|
| | Name | | |

**3.1**

Nonpriority creditor's name and mailing address

Aanonson Sprinkler Company
19170 Golden State Blvd.
Madera, CA 93637

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Farm Supplies

Is the claim subject to offset? ■ No ☐ Yes

$542.61

---

**3.2**

Nonpriority creditor's name and mailing address

Agri Tree, Inc.
22265 Road 18 1/2
Chowchilla, CA 93610

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Harvest and other contract labor

Is the claim subject to offset? ■ No ☐ Yes

$33,877.00

---

**3.3**

Nonpriority creditor's name and mailing address

American Express
P.O. Box 0001
Los Angeles, CA 90096

Date(s) debt was incurred _
Last 4 digits of account number  2006

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$18,962.06

---

**3.4**

Nonpriority creditor's name and mailing address

Amy Means
5624 Bonniemae Way
Sacramento, CA 95824

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Personal Loan

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

**3.5**

Nonpriority creditor's name and mailing address

Bank of America
P.O. Box 15796
Wilmington, DE 19886

Date(s) debt was incurred _
Last 4 digits of account number  2982

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$34,037.35

---

**3.6**

Nonpriority creditor's name and mailing address

Capital One
P.O. Box 60599
City of Industry, CA 91716

Date(s) debt was incurred _
Last 4 digits of account number  6556

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$24,343.64

---

**3.7**

Nonpriority creditor's name and mailing address

CenCal Pollination, LLC
3222 E. South Bear Creek Drive
Merced, CA 95340

Date(s) debt was incurred  6/30/2017
Last 4 digits of account number  7322

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Almond Pollen Application
Debtor disputes that the UCC filed by CenCal creates a lien against its crop

Is the claim subject to offset? ■ No ☐ Yes

$11,385.00

---

| Debtor | **LJB FARMS, LLC** | Case number (if known) | **17-12998** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,794.12 |
|---|---|---|---|
| | **Citi Costco Card**<br>P.O. Box 78019<br>Phoenix, AZ 85062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2954** | Basis for the claim: **Business Credit Card**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,972.16 |
|---|---|---|---|
| | **First Northern Bank**<br>P.O. Box 790408<br>Saint Louis, MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8707** | Basis for the claim: **Business Credit Card**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $644.00 |
|---|---|---|---|
| | **Hartford Insurance Company**<br>**of the Midwest**<br>P.O. Box 731178<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2016** | Basis for the claim: **Flood Insurance - Barn**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,517.00 |
|---|---|---|---|
| | **Hartford Insurance Company**<br>**of the Midwest**<br>PO Box 731178<br>Dallas, TX 75373-1178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2016** | Basis for the claim: **Flood Insurance Home**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,328.22 |
|---|---|---|---|
| | **Helena Chemical Co.**<br>PO Box 742558<br>Los Angeles, CA 90074-2558 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **3667** | Basis for the claim: **Chemicals**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|
| | **Joey's Well Drilling & Construction, LLC**<br>13610 Avenue 21 1/2<br>Chowchilla, CA 93610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Business Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,780.00 |
|---|---|---|---|
| | **Joey's Well Drilling & Construction, LLC**<br>13610 Avenue 21 1/2<br>Chowchilla, CA 93610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **New Domestic & Ag Well Permits, Ag & Domestic Well Destruction, New 8" Domestic well 760' deep at Farm #3**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LJB FARMS, LLC** | Case number (if known) | **17-12998** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $11,096.80 |
|---|---|---|---|
| | **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities Farm #3 Ag Wells** | |
| | Last 4 digits of account number **6981** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $3,985.16 |
|---|---|---|---|
| | **PG&E**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Utilities Farm #1 Ag Well** | |
| | Last 4 digits of account number **8707** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,500.00 |
|---|---|---|---|
| | **Richard Harriman**<br>**1078 Via Verona Drive**<br>**Chico, CA 95973** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $12,836.63 |
|---|---|---|---|
| | **Shannon Pump Co.**<br>**P.O. Box 686**<br>**275 S. Highway 59**<br>**Merced, CA 95341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **New Pump and Motor at Farm #3 Ag Well** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $51,378.72 |
|---|---|---|---|
| | **Spain Air Chemical, Inc.**<br>**P.O. Box 217**<br>**Dos Palos, CA 93620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Chemicals** | |
| | Last 4 digits of account number **F201** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $1,505.66 |
|---|---|---|---|
| | **Tesei Petroleum, Inc.**<br>**P.O. Box 1263**<br>**Madera, CA 93639** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Fuel** | |
| | Last 4 digits of account number **0108** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $75,000.00 |
|---|---|---|---|
| | **The Almond Company**<br>**2900 Airport Drive**<br>**Chowchilla, CA 93610** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Processing Costs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LJB FARMS, LLC** | | Case number (if known) | **17-12998** |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Tom Garcia**<br>**2325 Indian Springs Drive**<br>**Brentwood, CA 94513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Personal Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,737.75** |
|---|---|---|---|
| | **Ultra Gro, LLC**<br>**1043 S. Granada Drive**<br>**Madera, CA 93637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Chemicals** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,638.44** |
|---|---|---|---|
| | **Walter Wilhelm Law Group**<br>**The Tower, 205 E. River Park Circle #410**<br>**Fresno, CA 93720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Professional Fees** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **The Almond Company**<br>**PO Box 787**<br>**Chowchilla, CA 93610** | Line **3.21**<br><br>☐ Not listed. Explain ____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 6,415.71 |
| 5b. Total claims from Part 2 | 5b. + | $ 409,862.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 416,278.03 |

Fill in this information to identify the case:

Fill in this information to identify the case:

Debtor name          **LJB FARMS, LLC**

United States Bankruptcy Court for the:          EASTERN DISTRICT OF CALIFORNIA

Case number (if known)          **17-12998**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for 100% use of Dodge Ram Truck in exchange for payment of $900 per month, repairs and maintenence, all DMV fees and insurance to be paid by LJB Farms, LLC.** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Joanna Botelho**<br>**13610 Avenue 21 1/2**<br>**Chowchilla, CA 93610** |

**Fill in this information to identify the case:**

Debtor name      **LJB FARMS, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     **17-12998**

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors
                                                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

    *Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Joanna Botelho** | **13610 Avenue 21 1/2 Chowchilla, CA 93610-8919** | **Community West Bank** | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Joanna Botelho** | **13610 Avenue 21 1/2 Chowchilla, CA 93610-8919** | **CenCal Pollination, LLC** | ☐ D _____<br>■ E/F   **3.7**<br>☐ G _____ |
| 2.3 | **Tom Garcia** | **13610 Avenue 21 1/2 Chowchilla, CA 93610** | **CenCal Pollination, LLC** | ☐ D _____<br>■ E/F   **3.7**<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **LJB FARMS, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **17-12998** |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other   **Business Operations** | $164,803.00 |
   | **For prior year:** From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Business Operations** | $210,786.00 |
   | **For year before that:** From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Business Operations** | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
   |---|---|---|---|

Debtor    **LJB FARMS, LLC**                                    Case number *(if known)* **17-12998**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **American AgCredit**<br>**711 W. 19th Street**<br>**Merced, CA 95340** | 05/09/2017 -<br>$108,356.25<br>06/12/2017 -<br>$127,347.80 | $235,704.05 | �* Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;display:inline-block;padding:2px 6px;font-weight:bold;">Part 3:</div>   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

<div style="background:black;color:white;display:inline-block;padding:2px 6px;font-weight:bold;">Part 4:</div>   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Debtor | **LJB FARMS, LLC** | Case number *(if known)*  **17-12998** |
|---|---|---|

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:  Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klein DeNatale**<br>**4550 California Avenue**<br>**Second Floor**<br>**Bakersfield, CA 93309** | **Klein, DeNatale received a $20,000.00 retainer on July 18, 2017.  Klein, DeNatale applied $7,817.50 to fees and $275.00 in costs incurred pre-petition.  The Balance of $12,182.50 is being held by Klein DeNatale in the attorney-client trust account.** | **7/18/2017** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Joanna Botelho** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:  Previous Locations**

**14. Previous addresses**

Debtor    **LJB FARMS, LLC**                                      Case number *(if known)*  **17-12998**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|-------------------------------------------------------|------------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | LJB FARMS, LLC | Case number *(if known)* 17-12998 |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |

---

Debtor    **LJB FARMS, LLC**          Case number *(if known)*   **17-12998**

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Joanna Botelho** <br> **13610 Avenue 21 1/2** <br> **Chowchilla, CA 93610** | **At all times during the last two years.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Joanna Botelho** <br> **13610 Avenue 21 1/2** <br> **Chowchilla, CA 93610** | **Prepared all financial statements for Debtor during the last two years.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Joanna Botelho** <br> **13610 Avenue 21 1/2** <br> **Chowchilla, CA 93610** | **ALL BOOKS AND RECORDS ARE AVAILABLE.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Community West Bank** <br> **2615 So. Miller Street, Ste. 110** <br> **Santa Maria, CA 93455** |
| 26d.2. **America AgCredit** <br> **711 West 19th Street** <br> **Merced, CA 95340** |
| 26d.3. **USDA** <br> **FSA - FARM LOAN PROGRAM** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **LJB FARMS, LLC**                                          Case number *(if known)*  **17-12998**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joanna Botelho | 13610 Avenue 21 1/2 Chowchilla, CA 93610 | Member and Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **LJB FARMS, LLC**                                   Case number (if known)   **17-12998**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 31, 2017

/s/ Joanna Botelho                                              Joanna Botelho
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

ORIGINAL