## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

In re      )
LJB FARMS, LLC      )
     )    Case No. 17-12998
     )
_____ Debtor(s). _____ )    **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

☐ Petition                      ☐ Statement of Financial Affairs
☐ Creditor Matrix             ☐ Statement of Intention
☐ List of 20 Largest Unsecured Creditors      ☐ List of Equity Security Holders
☐ Schedules (check appropriate boxes). *See Instruction #4 below.*
    ☑ A/B ☐ C ☐ D ☐ E/F ☐ G ¦ H ☐ I ☐ J
☐ Summary of Schedules of Assets and Liabilities

**A fee of $31.00 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

    I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated:   September 19, 2017     Attorney's or *Pro Se* Debtor's Signature:   /s/ Jacob L. Eaton
                                                      Printed Name:   Jacob L. Eaton 244834

### DECLARATION BY DEBTOR

    I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated:   September 19, 2017           Dated:
   /s/ Joanna Botelho
   Joanna Botelho
   Debtor's Signature                          Joint Debtor's Signature

ORIGINAL

### INSTRUCTIONS

    Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

    If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted .

    *Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. Notice of the amendment will not be given by the Clerk's Office.* To comply with this requirement, the debtor's attorney or Pro Se debtor must give notice to

Form EDC 2-015 Rev. 5/1/17

**Fill in this information to identify the case:**

Debtor name  **LJB FARMS, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **17-12998**

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amount from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **ADDED**<br>**Citizens Business Bank**<br>**2001 Howard Road**<br>**Madera CA 93637**<br>**Account was overdrawn as of August**<br>3.1. **3, 2017** | **Business Checking** | 6729 | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    **Total of Part 1.**                                                                                                    $0.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:      Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    Accounts receivable

| Debtor | **LJB FARMS, LLC** | Case number *(if known)* **17-12998** |
|---|---|---|
| | Name | |

| | 11a. 90 days old or less: | **0.00** | – | **0.00** = .... | **Unknown** |
|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | |

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

       **$0.00**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** <br> **Almond Crop to be harvested August 2017 including:** | | | |
| | **Farm One:  18.25 acres of Butte and 18.25 acres of Padre ( 9th year)  Value: $136,500** | **$0.00** | | **$136,500.00** |
| | **Almond Crop to be harvested August 2017 including:** | | | |
| | **Farm Three:** <br> **11 acres of Butte and 11 acres of Padre  (10th year)  Value:  $64,350.00** <br> **5 acres of Butte and 5 acres of Padre (2nd year)   Value: Nil** <br> **5 acres Nonpereil and 5 acres of Carmel (28th year)  Value:  $20,500.00** | **$0.00** | | **$84,850.00** |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> **2015 PJ Goose Neck Trailer VIN 4P5LY3629F1220908** | **$0.00** | | **$10,000.00** |
| | **2001 JCB 214S Backhoe** | **$0.00** | | **$25,000.00** |

| Debtor | **LJB FARMS, LLC** | | | Case number *(If known)* **17-12998** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| | **Schmiezer Land Leveler** | $0.00 | $5,000.00 |
| | **Irrigation System with steel pipe for 40 acres**<br>**40 HP US Electrical Motors Well Pump**<br>**ID#7-BF48A-M** | $0.00 | $45,000.00 |

31.    **Farm and fishing supplies, chemicals, and feed**

32.    **Other farming and fishing-related property not already listed in Part 6**

33.    **Total of Part 6.**                                         **$306,350.00**
        Add lines 28 through 32. Copy the total to line 85.

34.    **Is the debtor a member of an agricultural cooperative?**
        ☐ No
        ■ Yes. Is any of the debtor's property stored at the cooperative?
               ■ No
               ☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**
        ■ No
        ☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

        ■ No. Go to Part 8.
        ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

        ☐ No. Go to Part 9.
        ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2014 Ford Fusion automobile** | $0.00 | | $11,218.00 |
| 47.2.   **1996 Ford automobile VIN**<br>**1FMCU24X3TUC81529 (Salvage Title)** | $0.00 | | $1,896.00 |

| Debtor | **LJB FARMS, LLC** | Case number *(if known)*  **17-12998** |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Frank Russell, Inc. 50 Blower S/N 658-14 | $0.00 | | $5,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| $18,114.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **"FARM ONE"<br>39.24 Acres Real Property located at 13610 Avenue 21 1/2, Chowchilla, CA (APN 024-120-007)<br>Legally described on the attached Exhibit "A"**<br><br>**The above real property is improved by one homes and 36.5 acres of almond trees.** | **Fee simple** | $0.00 | | $1,500,000.00 |

| Debtor | **LJB FARMS, LLC** | Case number *(If known)* **17-12998** |
|---|---|---|
| | Name | |

| 55.2. | **"FARM 3"**<br>**34.23 Acres Real Property located at 4035 S. Clausen Road, Merced, CA (APN 068-030-053) and**<br>**10.80 Acres Real Property located at 4261 S. Clausen Road, Merced, CA (APN 068-030-054) Legally described on the attached Exhibit "B"**<br><br>**The above real property is improved by two homes and 42 acres of almond trees.** | **Fee simple** | **$0.00** | | **$1,500,000.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

> **$3,000,000.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☑ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No. Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit**

Debtor     **LJB FARMS, LLC**
<u>Name</u>                                    Case number *(If known)*  **17-12998**

**ADDED**
<u>**NAU Coutry, a QBE Insurance Company**</u>

Type:  Multiple Peril Crop Insurance
Policy No CA-942-1009008-17
Property Insured: 36.1 planted acres of Amonds located
in Madera county
Coverage Period: 2017 Crop
---
Type:  Multiple Peril Crop Insurance
Policy No CA-942-1010103-17
Property Insured: 35.0 planted acres of Amonds located
in Merced county
Coverage Period:  2017 Crop                                          $0.00

---

74.  Causes of action against third parties (whether or not a lawsuit
     has been filed)

     <u>Claims against The Almond Company</u>                              Unknown
     <u>Nature of claim</u>          <u>Breach of Contract</u>
     Amount requested                        $0.00

---

     <u>Claims against America AgCredit, PCA</u>                           Unknown
     <u>Nature of claim</u>          <u>Breach of Contract and Lender</u>
                                <u>Liability</u>
     Amount requested                        $0.00

---

     <u>Claims against Jerry Blosser, former owner of Farm 3,</u>
     <u>for failure to disclose that two wells on the real proerpty</u>
     <u>were inoperable.</u>                                               Unknown
     <u>Nature of claim</u>
     Amount requested                        $0.00

---

75.  Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims

76.  Trusts, equitable or future interests in property

77.  Other property of any kind not already listed *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                          $0.00
     Add lines 71 through 77. Copy the total to line 90.

79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?
     ■ No
     ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **LJB FARMS, LLC**
Name

Case number *(If known)*   **17-12998**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $306,350.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,114.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $3,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*   + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $324,464.00   + 91b. | $3,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,324,464.00 |

**Exhibit "A"**

**Legal Description**

A.P.N.: 024-120-007

Real property in the City of Chowchilla, County of Madera, State of California, described as follows:

LOT 10 IN BLOCK 23 OF CENTRAL TRACT ACCORDING TO MAP ENTITLED, "CENTRAL TRACT" BEING A
PORTION OF SUBDIVISION NO. 1 OF THE CHOWCHILLA RANCH, FILED AND RECORDED IN THE OFFICE
OF THE COUNTY RECORDER OF THE COUNTY OF MADERA, STATE
OF CALIFORNIA, OCTOBER 10, 1912 IN BOOK 3 OF MAPS, AT PAGE 13.

File Number:          1015-5043351

## Exhibit $\mathcal{B}$

### Legal Description

Real property in the City of Le Grand, County of Merced, State of California, described as follows:

PARCEL 1:

ALL THAT PORTION OF THE EAST HALF OF LOT 4, AS SHOWN ON THE MAP ENTITLED "LE GRAND COLONY NO. 1", FILED MAY 5, 1914, IN THE OFFICE OF THE COUNTY RECORDER OF MERCED COUNTY, IN VOL. 7 OF OFFICIAL PLATS, AT PAGE 11, DESCRIBED AS FOLLOWS:, TO-WIT:

BEGINNING AT A POINT ON THE EAST LINE OF SAID LOT 4, DISTANT THEREON, NORTH 0° 26' EAST, 936.77 FEET FROM THE SOUTHEAST CORNER OF SAID LOT 4; THENCE NORTH 89° 22' WEST, 1247.95 FEET; THENCE NORTH 0° 26' EAST, 383.23 FEET TO THE NORTH LINE OF SAID LOT 4; THENCE SOUTH 89° 32' EAST, 1247.95 FEET TO THE NORTHEAST CORNER OF SAID LOT 4; THENCE SOUTH 0° 26' WEST, 383.23 FEET TO THE POINT OF BEGINNING, (BEING ALL OF THE EAST HALF OF SAID LOT 4, EXCEPT THE 29.12 ACRE PARCEL OF LAND CONVEYED BY GENE CASTILE AND FAY D. CASTILE, TO EVA L. MILLER, BY DEED RECORDED FEBRUARY 8, 1950, IN VOL. 977 OF OFFICIAL RECORDS, AT PAGE 411).

APN: 068-030-054-000

PARCEL 2:

THE EAST 34.78 ACRES OF LOT 1, AS SHOWN ON THE MAP ENTITLED, "MAP OF LE GRAND COLONY NO. 1", FILED MAY 5, 1914, IN THE OFFICE OF THE COUNTY RECORDER OF MERCED COUNTY, IN VOL. 7 OF OFFICIAL PLATS AT PAGE 11.

A.P.N.: 068-030-053-000