5

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
　COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com; jeaton@kleinlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>LJB FARMS, LLC.,<br><br>　　　　Debtor. | Case No. 17-12998-B-12<br><br>Chapter 12<br><br>DC No. KDG-4<br><br>Date: October 25, 2017<br>Time: 9:30 A.M.<br>Place: United States Bankruptcy Court<br>　　　　2500 Tulare Street, Fifth Floor<br>　　　　Department B, Courtroom 13<br>　　　　Fresno, California<br>Judge: Honorable René Lastreto II |

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF ATTORNEYS'
FEES AND COSTS FILED BY KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP AND DEBTOR-IN-POSSESSION'S
<u>STATEMENT OF NON-OBJECTION TO FEES AND COSTS</u>
($17,418.00 in fees and $417.14 in costs)**

1)　Name of applicant: **Klein, DeNatale, Goldner, Cooper, Rosenlieb, & Kimball, LLP**

2)　Type of services rendered: **Legal Services**

　　a.　__X__ Attorneys for: **LJB FARMS LLC., Debtor ("Debtor")**
　　b.　____ Accountant for:
　　c.　____ Other professional:

3)　Date of filing of petition under Chapter 11 of the Bankruptcy Code: **August 3, 2017, 2017**

4)　Date of entry of order approving applicant's employment: **September 1, 2017**

5)　Date of filing of last fee and/or expense application: **None.**

6) Total fees allowed or paid to applicant to date (including retainers and prior approved fee applications):

| | | |
|---|---|---|
| a. | Retainer received: | **$20,000.00** |
| b. | Total amount paid from retainer prior to commencement of case: | **$ 7,805.00** |
| c. | Additional amounts paid by Debtor after commencement of case deposited in trust account: | **$ 0.00** |
| d. | Retainer and other amounts remaining in trust as of the date of the application: | **$12,182.50** |
| e. | Total amount requested in all prior applications: | **None.** |
| f. | Total amount actually paid pursuant to prior approved applications: | **None.** |
| g. | Total amount due but unpaid pursuant to prior approved applications: | **None.** |
| h. | Total amount allowed but reserved pending final fee application: | **None.** |

**I.**    *Summary Of Legal Fees*

7) Applicant submits Exhibit "A" included with the *Exhibits in Support of First Interim Application for Fees and Expenses by Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP*, detailing the nature of the services rendered in support of this application.

8) Applicant's [ X ] chronological list of services [ X ] list of services sorted by task code is attached to the Exhibits as Exhibit "A."

9) Time period covered by this application: **August 3, 2017 through September 19, 2017.**

10) Summary of requested fees:

a. by timekeeper:

| | Timekeeper | Admitted | Time | Rate | Value |
|---|---|---|---|---|---|
| HTB | Hagop T. Bedoyan | 1987 | 5.50 | $400.00 | $2,200.00 |
| HTB | Hagop T. Bedoyan | | 1.60 | $0.00 | $0.00 |
| JLE | Jacob L. Eaton | 2006 | 20.20 | $315.00 | $6,363.00 |
| JLE | Jacob L. Eaton | | 11.10 | $350.00 | $3,885.00 |
| JLE | Jacob L. Eaton | | 8.60 | $0.00 | $0.00 |
| KAC | Karen Clemans, CBA* (Paralegal) | | 9.80 | $150.00 | $1,470.00 |
| KAC | Karen Clemans, CBA* (Paralegal) | | 20.00 | $175.00 | $3,500.00 |
| KAC | Karen Clemans | | 7.90 | $0.00 | $0.00 |
| | **Total** | | **84.70** | | **$17,418.00** |
| | **Blended Rate** | | | **$205.64** | |

*Certified Bankruptcy Assistant

b. by task code:

| Task | Code | Time | Value |
|---|---|---|---|
| Case Administration | B110 | 28.10 | $4,839.00 |
| Asset Analysis and Recovery | B120 | 0.80 | $280.00 |
| Asset Disposition | B130 | 0.00 | $0.00 |
| Relief from Stay Motions/Adequate Protection | B140 | 0.00 | $0.00 |
| Mtgs of and communications with creditors | B150 | 3.70 | $1,200.00 |

| Fee/employment applications | B160 | 4.10 | $739.50 |
| --- | --- | --- | --- |
| Assumption/Rejection of Leases and Contracts | B185 | 0.00 | $0.00 |
| Other Contested Matters | B190 | 0.00 | $0.00 |
| Non-working Travel (Billed at Half Rate) | B195 | 0.00 | $0.00 |
| Business Operations | B210 | 0.00 | $0.00 |
| Financing/Cash Collateral Issues | B230 | 33.70 | $8,098.50 |
| Tax Issues | B240 | 0.00 | $0.00 |
| Claims administration and objections | B310 | 3.90 | $476.00 |
| Plan and Disclosure Statement | B320 | 10.40 | $1,785.00 |
| Bankruptcy Litigation | B500 | 0.00 | $0.00 |
| **Total** | | **84.70** | **$17,418.00** |

11) **TOTAL FEES REQUESTED THIS APPLICATION: $17,418.00**

II. *Reimbursement of Costs*

12) Total expenses paid to applicant to date (including retainers and prior approved expenses applications): **$0**

13) Summary of Requested Expenses:

| UCC Search Fees | $37.50 |
| --- | --- |
| Recording Fees | $206.60 |
| Certified Copies | $28.00 |
| Postage | $31.64 |
| Photocopies | $113.40 |
| **TOTAL** | **$417.14** |

14) **TOTAL EXPENSES REQUESTED THIS APPLICATION: $417.14**

15) Applicant's statement for fees and costs has been provided to the authorized representative for the debtor-in-possession for review prior to filing this application. Applicant and debtor-in-possession have resolved debtor's questions regarding these fees (if any).

III. *Authorities*

16) KDG's application is based on this *First Interim Application for Fees and Expenses by Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP* (the "Application"), the Debtor-in-Possession's Statement, the Declaration of Hagop T. Bedoyan, and the Exhibits in support of the Application.

17) Section 330(a) authorizes "reasonable compensation for actual, necessary services" rendered by a professional person employed under § 327 and for "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a).

///

18) Reasonable compensation is determined by considering all relevant factors. *See id.* § 330(a)(3). In determining what is reasonable, the court considers a number of factors listed in § 330(a)(3) including: time spent, the rates charged for such services, whether the services were necessary or beneficial when rendered, whether the services were performed within a reasonable time, demonstrated skill and experience of the professional, and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in nonbankruptcy cases. 11 U.S.C. § 330(a)(3)(A)-(F).

19) One way to determine reasonable compensation is by calculating the lodestar by multiplying the number of hours worked (time spent) by a reasonable hourly rate (rate charged). *In re Eliapo*, 468 F.3d 592, 598 (9th Cir. 2006).

20) Courts may also consider the size and complexity of the project undertaken. *In re Wheeler*, 439 B.R. 107, 111 (Bankr. E. D. Mich. 2010) (noting complexity of the case a proper factor for consideration in compensation motions.

## IV. Prayer

21) Debtor seeks allowance of KDG's fees and costs as described herein on an interim basis. Debtor seeks authorization for KDG to draw down on its retainer balance in the amount of $12,182.50 as partial payment of the fees and costs and that Debtor be authorized to make payment of $5,652.64 as payment in full of the balance of fees and costs.

Executed: September 27, 2017

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By /s/ Hagop T. Bedoyan
Hagop T. Bedoyan
Attorneys for Debtor

3MJ8244

4

# DEBTOR-IN-POSSESSION'S STATEMENT REGARDING RECEIPT OF ATTORNEY'S BILL AND STATEMENT OF NO OBJECTIONS

I, Joanna Botelho, the sole member and manager of LJB FARMS, LLC., the Debtor ("Debtor") in this bankruptcy proceeding, received from the law firm of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP ("KDG"), the statement for legal services rendered for the benefit of the estate for the period of August 3, 2017 through September 19, 2017, for fees in the sum of $17,418.00 and expenses in the sum of $417.14. I am authorized to approve the billing statement for KDG on behalf of the Debtor, and I believe that the fees and expenses incurred were necessary for the administration of the estate and are reasonable. I have no objection to payment of those fees and expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27 day of September, at Chowchilla, California.

_____
JOANNA BOTELHO

ORIGINAL