**3**

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com; jeaton@kleinlaw.com

Attorneys for Debtor

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 17-12998-B-12 |
| LJB FARMS, LLC., | Chapter 12 |
| Debtor. | |
| | Date: October 19, 2017<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department B, Courtroom 13<br>Fresno, California<br>Judge: Honorable René Lastreto II |

### SECOND CHAPTER 12 STATUS CONFERENCE REPORT

LJB Farms, LLC. ("Debtor") submits the following Second Chapter 12 Status Conference Report:

### I. INTRODUCTION

1. Debtor filed for relief under Chapter 12 of the Bankruptcy Code on August 3, 2017. Michael H. Meyer was appointed as the Chapter 12 Trustee in Debtor's case.

2. Debtor owns about 84 acres of real property at two locations ("Farm One" and "Farm Three") including about 78 acres of almonds trees in various varieties, irrigation systems, and 3 single-family homes. Debtor's primary secured lenders include Community West Bank and American AgCredit. Community West Bank holds a claim secured by a first

1　deed of trust against Debtor's Farm One, first and second deeds of trust against Farm Three,

2　and a junior security interest in Debtor's personal property.  American AgCredit holds a claim

3　secured by a first position security interest in personal property and a second deed of trust

4　against Farm One and a third deed of trust against Farm Three.

5　　　　　3.　　　Debtor became unable to pay its mortgage payment on Farm One to Community

6　West Bank.  Therefore, Debtor filed this Chapter 12 case to stop the foreclosure sale and

7　restructure Debtor's business and financial affairs.

8　　　　　　　　　　**II.　ADMINISTRATION OF CASE**

9　　　　　4.　　　**Cash Collateral**: On October 8, 2017, the Court entered an order authorizing

10　the use of cash collateral through November 18, 2017.  A continued hearing on the use of cash

11　collateral is set for November 16, 2017 at 9:30 a.m.

12　　　　　5.　　　**Administrative solvency of the case including claims under §503(b)(9)**:

13　Debtor believes that the a case is administratively solvent.  Debtor's attorney is holding

14　$12,182.50 in its trust account as a retainer.  An application for interim allowance of Debtor's

15　attorney's fees and costs in the amount of $17,835.14 is set for hearing on October 25, 2017.

16　Debtor has cash on hand in an amount sufficient to pay administrative expenses in excess of the

17　amount on retainer with Debtor's attorney.  Debtor does not believe that any creditors hold

18　claims with administrative priority under 11 U.S.C. § 503(b)(9).

19　　　　　6.　　　**Motions to Value**: Debtor does not believe that any motions to value collateral

20　of creditors will be necessary for plan confirmation.

21　　　　　7.　　　**Objections to Claims**: Debtor does not believe that the resolution of any claim

22　objections will be necessary for plan confirmation.

23　　　　　8.　　　**Motions for Relief**: There are no motions for relief from the automatic stay

24　pending or that have been acted upon in Debtor's case.

25　　　　　9.　　　**Motions under § 365(d)(3) or (4)**:  There are no motions under 11 U.S.C. §

26　365(d)(3) or (4) which are pending or which have been acted upon in Debtor's case.  In

27　addition, Debtor is not the lessee of nonresidential real property and will not file motions under

28　Section 365(d)(3) or (4).

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

10.    **Motions or Stipulations for Credit**:  Debtor will not file a motion to obtain credit before confirmation of the plan.

11.    **Employment of Professionals**:  The Court authorized the employment of Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball as attorneys for Debtor on September 1, 2017.  Debtor does not intend to employ any other professionals in its case at this time.

12.    **Motions to Dismiss**:  There are no pending motions to convert or dismiss Debtor's Chapter 12 case filed by or against Debtor.

13.    **Chapter 12 Plan**:  Debtor filed its Chapter 12 Plan on October 4, 2017, and set the confirmation hearing on November 16, 2017 at 9:30 a.m.  The Plan provides that Debtor will (a) continue its farming business during the term of the Plan and (b) repay allowed claims from future income through a Plan.  Debtor, Community West Bank, and American AgCredit have not agreed to the terms of repayment of the creditors' claims under the Plan, but they are negotiating toward a consensual Plan.

Date: October 12, 2017

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By  /s/ Jacob L. Eaton
JACOB L. EATON
Attorneys for Debtor

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309