Michael H. Meyer, Esq. #82336
Chapter 12 Trustee
7550 N Palm Suite 204
Fresno, CA 93711
Tel (559) 336-4629
Fax (559) 272-6171

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LJB FARMS, LLC<br><br>    Debtors | CASE NO. 17-12998-B-12<br><br>DC NO.: MHM-1<br><br>CHAPTER 12 PROCEEDING<br><br>DECLARATION IN SUPPORT OF MOTION TO DISMISS PURSUANT TO<br>11 U.S.C. § 1208<br><br>DATE:  November 29, 2018<br>TIME:  9:30 a.m.<br>PLACE: U.S. Courthouse<br>           5th Floor, Dept B, Courtroom 13<br>           2500 Tulare Street<br>           Fresno, Ca 93721<br><br>JUDGE: Hon. Rene Lastreto II |

I, Michael H. Meyer, Chapter 12 Standing Trustee, declare as follows:

1. If called as a witness in this matter, I would testify from personal knowledge to the following.

2. This motion is sought on grounds of unreasonable delay and material default by the debtor with respect to the terms of a confirmed plan.

3. The debtors plan was confirmed on December 16, 2017 (Docket #136)

4. Exhibit "B" to the Order Confirming Chapter 12 Plan provided for the payments to be made by the debtor to fund the Chapter 12 Plan.

5. The October 2018 payment was to be made in the amount of $152,023.26.

6. The payments to creditors pursuant to the plan were to be paid on the 1st day of each month beginning January 2018. (Pg. 18 Line 15 Docket# 136)

/////

-1-

1  　　　　7.  As of the date of this declaration, the debtor has not paid the October 2018 payment in the
2  sum of $152,023.26.
3  　　　　I declare under penalty of perjury that the foregoing is true and correct and that I executed this
4  declaration on October 24, 2018 at Fresno, California.

　　　　　　　　　　　　　　　　　　_/s/ Michael H. Meyer_
　　　　　　　　　　　　　　　　　　Michael H Meyer