**2**

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com; jeaton@kleinlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>LJB FARMS, LLC,<br><br>        Debtor. | Case No. 17-12998-B-12<br><br>Chapter 12<br><br>DC No. KDG-9<br><br>Date: N/A<br>Time: N/A.<br>Place: United States Bankruptcy Court<br>      2500 Tulare Street, Fifth Floor<br>      Department B, Courtroom 13<br>      Fresno, California<br>Judge: Honorable René Lastreto II |

**DECLARATION OF JOANNA BOTELHO IN SUPPORT OF DEBTOR'S
EX PARTE MOTION TO DISMISS CHAPTER 12 CASE**

I, JOANNA BOTELHO, hereby declare and represent as follows:

    1.    I am the sole member and manager of LJB FARMS, LLC., Debtor and Debtor-in-Possession ("Debtor"). I am over eighteen years of age. I have personal knowledge of the information set forth herein and base the statements made in this declaration on the information available to me and my belief. I am authorized to make this declaration in support of the *Debtor's Ex Parte Motion to Dismiss Chapter 12 Case* on behalf of Debtor.

///

///

2.     Debtor filed a Voluntary Petition under Chapter 12 of the Bankruptcy Code on August 3, 2017. Debtor's Chapter 12 case has not been converted to or from any other Chapter.

3.     Debtor confirmed its Chapter 12 Plan as modified ("Plan") and the Court entered its Order Confirming the Chapter 12 Plan as Modified on December 16, 2017 [Doc No. 136]. Debtor was not able to make all the payments required by the Plan.

4.     Debtor requests that the Court dismiss its Chapter 12 case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called as a witness I could and would testify competently thereto.

I further declare that this declaration was executed this 13 day of December 2018, at Chowchilla, California.

_____
JOANNA BOTELHO
ORIGINAL

KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309