Filed 12/18/18 Case 17-12998 Doc 208

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Suite 200
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com; jeaton@kleinlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>LJB FARMS, LLC,<br><br>　　　　Debtor. | Case No. 17-12998-B-12<br><br>Chapter 12<br><br>DC No. KDG-9<br><br>Date: N/A<br>Time: N/A.<br>Place: United States Bankruptcy Court<br>　　　　2500 Tulare Street, Fifth Floor<br>　　　　Department B, Courtroom 13<br>　　　　Fresno, California<br>Judge: Honorable René Lastreto II |

### ORDER GRANTING DEBTOR'S EX PARTE MOTION TO DISMISS CHAPTER 12 CASE

The Court having reviewed the *Debtor's Ex Parte Motion to Dismiss Chapter 12* filed by LJB FARMS, LLC ("Debtor") on December 14, 2018, ("the Motion") and the *Declaration of Joanna Bothello in Support of Debtor's Ex Parte Motion to Dismiss Chapter 12 Case*; and It appearing that good cause exists for issuing an *Order Granting Ex Parte Motion to Dismiss Chapter 12 Case*;

///

///

///

RECEIVED
December 14, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006412740

3PR2762

IT IS HEREBY ORDERED that:

1. The *Debtor's Ex Parte Motion to Dismiss Chapter 12 Case* is granted, and

2. Debtor's Chapter 12 case is hereby dismissed.

Dated: Dec 18, 2018

By the Court

*René Lastreto II* (signature)
René Lastreto II, Judge
United States Bankruptcy Court