# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: LJB FARMS LLC                                   Case No.: 17-12998-B-12F

Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

MICHAEL H. MEYER, chapter 12 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1202(b)(1).  The trustee declares as follows:

1)  The case was filed on  08/03/2017.
2)  The plan was confirmed on  12/16/2017.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1229 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  10/25/2018.
5)  The case was dismissed on  12/18/2018.
6)  Number of months from filing or conversion to last payment:  12.
7)  Number of months case was pending:  17.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  NA.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $31,196.34 | |
| Less amount refunded to debtor: | $4,735.44 | |
| **NET RECEIPTS:** | | $26,460.90 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $2,495.70 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,495.70 |
| Attorney fees paid and disclosed by debtor: | $75,636.93 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AANONSON SPRINKLER COMPANY | Unsecured | 542.61 | NA | NA | .00 | .00 |
| AGRI TREE INC | Unsecured | 33,877.00 | NA | NA | .00 | .00 |
| AMERICAN  AGCREDIT PCA BOUTIN JO | Other | NA | .00 | .00 | .00 | .00 |
| AMERICAN AGCREDIT | Unsecured | NA | NA | NA | .00 | .00 |
| AMERICAN AGCREDIT PCA | Secured | 298,832.00 | 334,059.30 | .00 | .00 | .00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 18,962.06 | 18,962.06 | 18,962.06 | .00 | .00 |
| AMY MEANS | Unsecured | 5,000.00 | 5,000.00 | 5,000.00 | .00 | .00 |
| BANK OF AMERICA | Unsecured | 34,037.35 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 24,343.64 | 24,343.64 | 24,343.64 | .00 | .00 |
| CENCAL POLLINATION LLC | Secured | 11,385.00 | 11,385.00 | 11,385.00 | .00 | .00 |
| CITI COSTCO CARD | Unsecured | 3,794.12 | NA | NA | .00 | .00 |
| COMMUNITY WEST BANK | Secured | 412,405.00 | 412,405.27 | .00 | .00 | .00 |
| COMMUNITY WEST BANK | Secured | 1,091,033.00 | 1,091,033.00 | .00 | .00 | .00 |
| COMMUNITY WEST BANK | Secured | 401,703.00 | 401,703.06 | .00 | .00 | .00 |
| COMMUNITY WEST BANK NA | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:  LJB FARMS LLC

Case No.:  17-12998-B-12F

Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEERE & COMPANY | Secured | 3,632.12 | 3,722.41 | 3,722.41 | 422.38 | 232.01 |
| DEPARTMENT OF THE TREASURY IRS | Priority | NA | 185.34 | 85.25 | .00 | .00 |
| DEPARTMENT OF THE TREASURY IRS | Unsecured | NA | 100.09 | 100.09 | .00 | .00 |
| EXCHANGE BANK | Secured | 10,511.48 | 10,862.62 | 10,862.62 | 1,232.60 | 677.02 |
| EXCHANGE BANK | Secured | 44,685.26 | 44,685.26 | 44,685.26 | 5,070.44 | 2,785.03 |
| FIRST NORTHERN BANK | Unsecured | 20,972.16 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 6,415.71 | 6,415.71 | 3,397.17 | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | 3,018.54 | 3,018.54 | .00 | .00 |
| HARTFORD INSURANCE COMPANY | Unsecured | 644.00 | NA | NA | .00 | .00 |
| HARTFORD INSURANCE COMPANY | Unsecured | 1,517.00 | NA | NA | .00 | .00 |
| HELENA CHEMICAL COMPANY | Unsecured | 39,328.22 | 40,403.18 | 40,403.18 | .00 | .00 |
| JOANNA BOTELHO | Unsecured | NA | NA | NA | .00 | .00 |
| JOEYS WELL DRILLING | Unsecured | 15,000.00 | 15,000.00 | 15,000.00 | .00 | .00 |
| JOEYS WELL DRILLING | Unsecured | 29,780.00 | 29,780.00 | 29,780.00 | .00 | .00 |
| JOHN DEERE FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |
| KURT F VOTE | Other | NA | .00 | .00 | .00 | .00 |
| MADERA COUNTY TAX COLLECTOR | Secured | 7,667.36 | NA | NA | .00 | .00 |
| MADERA COUNTY TAX COLLECTOR | Unsecured | NA | NA | NA | .00 | .00 |
| MERCED COUNTY TAX COLLECTOR | Secured | 4,397.46 | 9,940.12 | 9,940.12 | .00 | .00 |
| MERCED COUNTY TAX COLLECTOR | Secured | 13,185.00 | 13,185.00 | 13,185.00 | 5,640.38 | 2,502.73 |
| MORTGAGE LENDER SERVICES INC | Unsecured | NA | NA | NA | .00 | .00 |
| PG&E | Unsecured | NA | NA | NA | .00 | .00 |
| PG&E | Unsecured | 15,081.96 | 15,081.96 | 15,081.96 | .00 | .00 |
| RICHARD HARRIMAN | Unsecured | 2,500.00 | NA | NA | .00 | .00 |
| SHANNON PUMP CO | Unsecured | 12,836.63 | NA | NA | .00 | .00 |
| SHEFFIELD FINANCIAL | Secured | 11,263.09 | 11,749.63 | 11,749.63 | 1,333.21 | 732.29 |
| SPAIN AIR CHEMICAL INC | Unsecured | 51,378.72 | NA | NA | .00 | .00 |
| TESEI PETROLEUM INC | Unsecured | 1,505.66 | NA | NA | .00 | .00 |
| THE ALMOND COMPANY | Unsecured | 75,000.00 | NA | NA | .00 | .00 |
| THE ALMOND COMPANY | Unsecured | NA | NA | NA | .00 | .00 |
| TOM GARCIA | Unsecured | 5,000.00 | 5,000.00 | 5,000.00 | .00 | .00 |
| TOM GARCIA | Unsecured | NA | NA | NA | .00 | .00 |
| ULTRA GRO LLC | Unsecured | 1,737.75 | NA | NA | .00 | .00 |
| UNITED STATES DEPT OF AGRICULTUR | Unsecured | NA | NA | NA | .00 | .00 |
| US BANK NATIONAL ASSOCIATION | Secured | 18,932.60 | 19,031.93 | 19,031.93 | 2,150.81 | 1,186.30 |
| WALTER WILHELM LAW GROUP | Other | NA | .00 | .00 | .00 | .00 |

Filed 01/25/19    Case 17-12998    Doc 214

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: LJB FARMS LLC                                    Case No.: 17-12998-B-12F

Debtor(s)

## CHAPTER 12 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WALTER WILHELM LAW GROUP | Unsecured | 5,638.44 | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 19,031.93 | 2,150.81 | 1,186.30 |
| All Other Secured: | 105,530.04 | 13,699.01 | 6,929.08 |
| **TOTAL SECURED:** | 124,561.97 | 15,849.82 | 8,115.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 3,482.42 | .00 | .00 |
| **TOTAL PRIORITY:** | 3,482.42 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 156,689.47 | .00 | .00 |

| **Disbursements:** | |
|---|---|
| Expenses of Administration: | $2,495.70 |
| Disbursements to Creditors: | $23,965.20 |
| **TOTAL DISBURSEMENTS:** | $26,460.90 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   01/25/2019                          By:   /s/MICHAEL H. MEYER

                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.